No. 73–861. EAST CARROLL PARISH SCHOOL BOARD ET AL. *v.* MARSHALL. C. A. 5th Cir. [Certiorari granted, 422 U. S. 1055.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* in support of respondent granted and 15 additional minutes allotted for that purpose. Petitioners allotted 15 additional minutes for oral argument.

No. 74–1589. GENERAL ELECTRIC Co. *v.* GILBERT ET AL.; and

No. 74–1590. GILBERT ET AL. *v.* GENERAL ELECTRIC Co. C. A. 4th Cir. [Certiorari granted, *ante,* p. 822.] Motion of Celanese Corp. for leave to file a brief as *amicus curiae* granted.

No. 75–76. SOUTH DAKOTA *v.* OPPERMAN. Sup. Ct. S. D. [Certiorari granted, *ante,* p. 923.] Motion of the Attorney General of South Dakota to permit Earl R. Mettler, Esquire, to present oral argument *pro hac vice* granted.

No. 75–110. SAKRAIDA *v.* AG PRO, INC. C. A. 5th Cir. [Certiorari granted, *ante,* p. 891.] Motion of Texas Farmers Union for leave to file a brief as *amicus curiae* granted.

No. 75–122. CANTOR, DBA SELDEN DRUGS Co. *v.* DETROIT EDISON Co. C. A. 6th Cir. [Certiorari granted, *ante,* p. 821.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* in support of petitioner granted and 15 additional minutes allotted for that purpose. Respondent allotted 15 additional minutes for oral argument.